IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE TRIPP,

        Plaintiff,                   No. CIV S-08-2876 GEB GGH P

    vs.

KIM STOCKER, et al.,

        Defendants.           ORDER

_____/

        On January 13, 2009, the court ordered plaintiff to complete and return the following forms necessary to effect service: 1 summons, five copies of the complaint filed November 26, 2009, the completed notice of submission of documents, and one completed USM-285 form for each of the four defendants.

        On January 21, 2009, plaintiff returned the notice of submission of documents. However, plaintiff submitted only one copy of his complaint. The summons also was not properly completed. In addition, the USM-285 forms do not contain the addresses for defendants. Instead, plaintiff has directed the U.S. Marshal to provide the addresses.

        It is plaintiff' duty to provide the addresses for defendants. The court cannot order the U.S. Marshal to locate defendants.

//////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall submit the following documents to the court:

   a. One completed summons;

   b. One completed USM-285 form for each defendant;

   c. Five copies of the endorsed complaint filed November 26, 2008;

   d. The completed Notice of Submission of Documents.

2. The Clerk of the Court is directed to send plaintiff 4 USM-285 forms, one summons and a copy of the complaint filed November 26, 2008;

3. If plaintiff fails to comply with this order, the court will recommend dismissal of this action.

DATED: February 2, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

tri2876.ord

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | LONNIE TRIPP, | |
| 11 | Plaintiff, | No. CIV S-08-2876 GEB GGH P |
| 12 | vs. | |
| 13 | KIM STOCKER, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____ completed summons form

_____ completed USM-285 forms

_____ copies of the _____
                Complaint/Amended Complaint

DATED:

_____
Plaintiff