IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE TRIPP,** | Case No. 2:08-CV-02876 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **KIM STOCKER, et al.,** | |
| Defendants. | |

    Good cause having been shown, Defendants are granted an additional thirty days, to and including July 13, 2009, to file their initial responsive pleading.

    IT IS SO ORDERED.

Dated: June 16, 2009

                                            /s/ Gregory G. Hollows

                                              United States Magistrate Judge

Trip2876.eot

[Proposed] Order (2:08-CV-02876 GEB GGH P)