IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE TRIPP,** | Case No. 2:08-CV-02876 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **KIM STOCKER, et al.,** | |
| Defendants. | |

Good cause having been shown, the parties have until July 3, 2010 to conduct discovery, and until September 28, 2010 to file their dispositive motions.

IT IS SO ORDERED.

Dated:  April 28, 2010                          /s/ Gregory G. Hollows
                                                                    _____
                                                                    The Honorable Gregory G. Hollows

Trip2876.eot2