IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE TRIPP,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**KIM STOCKER, et al.,**<br><br>                              Defendants. | Case No. 2:08-CV-02876 GEB GGH P<br><br>**ORDER** |

On June 2, 2010, Defendants filed a request to take the deposition of Plaintiff Lonnie Tripp via videoconference. For good cause shown, IT IS ORDERED that Defendants' request is granted. Defendants may conduct Plaintiff's deposition via videoconference. Nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated:  June 7, 2010                                   /s/ Gregory G. Hollows
                                                                   _____
                                                                   The Honorable Gregory G. Hollows

Trip2876.vid