# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LONNIE TRIPP,

        Plaintiff,                  No. 2:08-cv-2876-GEB-GGH

  vs.

KIM STOCKER, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
/                                     **AD TESTIFICANDUM**

        Lonnie Tripp, inmate # E-11568, a necessary and material witness in proceedings in this case on August 11, 2010, is confined in Folsom State Prison, 300 Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Jay Dyer, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Wednesday, August 11, 2010 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Folsom State Prison, P. O. Box 910, Represa, California, 95763:**

        **WE COMMAND** you to produce the inmate named above to testify before Jay Dyer by video conference at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 6, 2010

                                                          /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

trip2876.841