IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE TRIPP,** | Case No. 2:08-CV-02876 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **KIM STOCKER, et al.,** | |
| Defendants. | |

On July 1, 2010, Defendants filed a motion to modify the scheduling order and compel Plaintiff's deposition testimony.  For good cause shown, IT IS ORDERED that Defendants' motion is granted.   The discovery cutoff is extended until October 3, 2010 and the dispositive motion deadline is extended until December 28, 2010.   Plaintiff Lonnie Tripp IS ORDERED to appear and give deposition testimony on or before October 3, 2010 upon fourteen (14) days notice by Defendants.

Dated: July 6, 2010              /s/ Gregory G. Hollows
                                 The Honorable Gregory G. Hollows

Tripp2876.eot

1

[Proposed] Order (2:08-CV-02876 GEB GGH P)