IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE TRIPP,

       Plaintiff,                 No. CIV S-08-2876 GEB GGH P

   vs.

M.S. EVANS, et al.,

       Defendants.       <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In a recent filing, defendants noted that plaintiff was transferred to San Quentin State Prison. The court docket indicates that plaintiff is still at Folsom State Prison, and plaintiff has filed no change of address. While there are other indications that plaintiff was transferred in March 2010, all court orders have continued to be served on plaintiff at Folsom State Prison, and none have been returned to the court stating that plaintiff is longer incarcerated there. It is not clear if plaintiff has received any of the court's orders in the last 4 months. Within 14 days of service of this order plaintiff shall inform the court of his current address.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within 14 days of service of this order plaintiff shall inform the court of his current address.

2. The Clerk of the Court is directed to send this order to plaintiff at Folsom State Prison and San Quentin State Prison.

DATED: July 22, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ab
trip2876.ord